IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL FITZGERALD                                                                    PLAINTIFF

v.                                          3:09CV00189WRW/HLJ

LINDSEY FAIRLEY, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim, and that this dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal taken from this decision is not in good faith.

IT IS SO ORDERED this 9th day of December, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE